SHINGLER *et al.* v. YEATES *et al.*

BECK, P. J.  Under the rulings in *Donalson* v. *Yeates*, (No. 8149), ante, the judgment in the above-stated case in favor of the defendants must be reversed.  *Judgment reversed.  All the Justices concur.*